IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY CO. as subrogee of KELLEY | ) ) ) | Case No. |
| Plaintiff | ) ) | COMPLAINT (Strict Product Liability) |
| v. | ) ) | Subject to Mandatory Arbitration |
| HOME DEPOT U.S.A., INC. and ONE WORLD TECHNOLOGIES, INC., | ) ) ) ) | Amount Sought: $298,878.60 Filing Fee $594.00 (ORS 21.160(1)(c)) |
| Defendants | ) ) ) | |

COMES NOW the plaintiff and alleges:

1.

Plaintiff and Defendant are corporations authorized to do business in Oregon.

2.

All material acts and omissions alleged herein occurred within Clackamas County, Oregon.

3.

Less than ten years prior to the commencement of this action, Defendants manufactured and/or

distributed a Ryobi RV40406 40V leaf blower its lithium ion battery packs and charger, and its

associated connections and components (hereinafter "the product.)"

Page 1   COMPLAINT  (Strict Product Liability)

Law Office of J. Jason Marquoit
7830 SW 40th Ave., Suite 8
Portland, OR 97219
Ph. (503) 245-0110

4.

Plaintiff provided insurance coverage to Marjorie Kelley, providing property and casualty insurance for real and personal property located in Clackamas County, Oregon at all times material herein ("the property").  Ms, Kelley is hereinafter referred to as "plaintiff's insured." Plaintiff is subrogated to the rights of its insured to the extent of the payments made pursuant to its policy of insurance, as set forth below.

5.

At all times material herein, the product was being used in its intended manner according to its manufacturer's specifications, and if not, was at all times being used in a reasonably foreseeable manner.

6.

The product was expected to, and did reach the plaintiff's insured's property without substantial change in condition from the time it was manufactured and placed into the stream of commerce by defendants, and remained substantially unchanged until the date of the malfunction described herein.  The product was manufactured and distributed in an unreasonably dangerous condition, due to a manufacturing and/or design defect, as hereinafter described.

7.

On or about October 12, 2019, the product malfunctioned, resulting in a fire, which caused damage to the property described above.

8.

The incident described above was directly and proximately caused by the unreasonably dangerous condition of the defendant's product.

9.

The incident caused damage to plaintiff's insured's real and personal property described above, all to her total damage in the amount of $298,878.60.  Pursuant to the terms of its policy of

Page 2   COMPLAINT  (Strict Product Liability)

Law Office of J. Jason Marquoit
7830 SW 40th Ave., Suite 8
Portland, OR 97219
Ph. (503) 245-0110

1   insurance with its insured, plaintiff was required to, and did pay the amount set forth above.

2                                           10.

3   Pursuant to ORS 30.900, et. seq., defendants are strictly liable for manufacturing and/or

4   distributing the product in an unreasonably dangerous condition.

5

6   WHEREFORE, the plaintiff respectfully requests that this Court enter a judgment against

7   defendant:

8   (1)      Awarding plaintiff $298,878.60;

9   (2)      Awarding plaintiff its costs and disbursements incurred herein; and

10  (3)      For such other relief as the Court deems just and equitable.

11

12  DATED:          April 23, 2021

13

14                                          /s/ J. Jason Marquoit
                                            J. Jason Marquoit, OSB# 99318
15                                          Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26  Page 3   COMPLAINT  (Strict Product Liability)

Law Office of J. Jason Marquoit
7830 SW 40th Ave., Suite 8
Portland, OR 97219
Ph. (503) 245-0110

## AFFIDAVIT OF SERVICE

**State of Oregon**                    **County of Clackamas**                    **Circuit Court**

Case Number: 21CV15881

Plaintiff:
**STATE FARM FIRE & CASUALTY CO. as subrogee of KELLEY**

vs.

Defendant:
**HOME DEPOT U.S.A., INC. and ONE WORLD TECHNOLOGIES, INC.**

For:
Jason Marquoit
7830 S.W. 40th
Suite 8
Portland, OR 97219

Received by Barrister Support Service to be served on **HOME DEPOT U.S.A., INC. R/A: CORPORATION SERVICE COMPANY, 1127 BROADWAY STREET NE, SUITE 310, SALEM, OR 97301**.

I, Bobby Chandler, being duly sworn, depose and say that on the **3rd day of May, 2021** at **12:10 pm, I:**

SERVED the within named**HOME DEPOT U.S.A., INC. at 1127 BROADWAY STREET NE, SUITE 310, SALEM, OR 97301** by personally serving a true copy of the **SUMMONS AND COMPLAINT** upon **AUDREY GROOM,** who is a clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I certify that on **5/5/2021** a true copy of SUMMONS AND COMPLAINT along with a statement regarding the date, time and manner of service was mailed to HOME DEPOT U.S.A., INC. R/A: CORPORATION SERVICE COMPANY at 1127 BROADWAY STREET NE, SUITE 310, SALEM, OR 97301 by First Class Mail postage paid.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'8", Weight: 200, Hair: BROWN, Glasses: N



## AFFIDAVIT OF SERVICE For 21CV15881

I declare I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding. I certify that the person, firm, or corporation served is the identical one named in this action. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

STATE OF _____

County of _____

Subscribed and Sworn to before me on the __5__ day of _____, _____ by the affiant who is personally known to me or has provided identification.

NOTARY PUBLIC _____

OFFICIAL STAMP
TERRY P. SHELDON
NOTARY PUBLIC - OREGON
COMMISSION NO. 967859
MY COMMISSION EXPIRES OCTOBER 18, 2021

**Bobby Chandler**
Process Server

Date  5/5/2021

**Barrister Support Service**
11349 SW 60th Ave
Portland, OR 97219
(503) 246-8934

Our Job Serial Number: TSB-2021002080
Ref: OR-F210

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

1879

SUB-SERVICE COPY

SUB-SERVICE COPY



**Malstrom's Process Serving, Co.**
155 Culver Ln S
Salem, Oregon 97302
*Customer Service is our Specialty!*







US POSTAGE
$ 00.51
First-Class
Mailed From 97302
05/05/2021
032A 0061855747

SUB-SERVICE COPY

Home Depot U.S.A., Inc.
R/A Corporation Service Company
1127 Broadway Street NE, Suite 310
Salem, OR 97301

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF CLACKAMAS

STATE FARM FIRE & CASUALTY CO. )    Case No. 21CV15881
as subrogee of KELLEY,               )
                                 )    **SUMMONS**
                                 )
            Plaintiff       )
                                 )
v.                                   )
                                 )
HOME DEPOT U.S.A., INC. and      )
ONE WORLD TECHNOLOGIES, INC.,   )
                                 )
           Defendants    )

To:    HOME DEPOT U.S.A., INC.            **Defendant**
      c/o CORPORATION SERVICE COMPANY    (Registered Agent)
      1127 BROADWAY STREET NE STE 310
      SALEM, OR 97301

        You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney, or if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

[Signature of Attorney/Author for Plaintiff]
J. Jason Marquoit, OSB No. 99318
LAW OFFICE OF J. JASON MARQUOIT
7830 SW 40th Ave., Suite 8
Portland, OR 97219        (503) 245-0110

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
Attorney of Record for Plaintiff(s)

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:** You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
Attorney of Record for Plaintiff(s)

ORIGINAL

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY CO. | ) | Case No. 21CV15881 |
| as subrogee of KELLEY, | ) | |
| | ) | SUMMONS |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC. and | ) | |
| ONE WORLD TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants | ) | |

To:   HOME DEPOT U.S.A., INC.         **Defendant**
      c/o CORPORATION SERVICE COMPANY   (Registered Agent)
      1127 BROADWAY STREET NE STE 310
      SALEM, OR 97301

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney, or if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

[Signature of Attorney/Author for Plaintiff]
J. Jason Marquoit, OSB No. 99318
LAW OFFICE OF J. JASON MARQUOIT
7830 SW 40th Ave., Suite 8
Portland, OR 97219      (503) 245-0110

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
Attorney of Record for Plaintiff(s)

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:** You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
Attorney of Record for Plaintiff(s)

ORIGINAL

## AFFIDAVIT OF SERVICE

### IN THE CIRCUIT COURT OF THE STATE OF OREGON
### IN AND FOR THE COUNTY OF CLACKAMAS

Case Number: 21CV15881

Plaintiff:
**STATE FARM FIRE & CASUALTY CO. as
subrogee of KELLEY**

Service Documents:
SUMMONS AND COMPLAINT

vs.

Defendant:
**HOME DEPOT U.S.A., INC. and ONE WORLD
TECHNOLOGIES, INC.**

For: Jason Marquoit

Received by BARRISTER SUPPORT SERVICE, INC. on the 28th day of April, 2021 at 1:35 pm to be served on **ONE WORLD TECHNOLOGIES, INC RA: CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILLMINGTON, DE 19808**. I, _____Danielle_____ _____Stevens_____, being duly sworn, depose and say that on the ___30th___ day of _April_____, 2021___ at ___3:55 p_.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(x) CORPORATE SERVICE: By serving _Lynanne Gares_____ as __Litigation Mangement Service Leader Authorized to Accept_____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( )NON SERVICE: For the reason detailed in the Comments below.

(  ) POSTED SERVICE: on _____(date) at _____(time) to a conspicuous place on the property described herein.

[CERTIFICATION OF MAILING] I hereby certify that on _____5|3|2021_____(date) a true copy of the above document was mailed to the defendant(s) with a copy of this proof of service.

COMMENTS: _____
_____
_____
_____

Age _35_   Sex M F   Race _White____   Height _5'6__   Weight _135___   Hair _Brown_____   **Glasses**
Y _N_

## AFFIDAVIT OF SERVICE For 21CV15881

I declare under penalty of perjury that I am a resident of the State of service. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

Subscribed and Sworn to before me on the __3rd__
day of _____May_____, _2021_ by the affiant who
is personally known to me.

NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

Danielle Stevens
PROCESS SERVER # __No #'s in Delaware__
Appointed in accordance with State Statutes

**BARRISTER SUPPORT SERVICE, INC.**
**11349 SW 60th Ave.**
**Portland, OR 97219-6754**
**(503) 246-8934**

Our Job Serial Number: 2021002084
Ref: OR-F210

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a